IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                      Case No. 06-CR-60014-001

RAYMOND DEAN PICKENS                                        DEFENDANT

### ORDER

Currently before the Court is Defendant's motion for a bill of particulars filed October 31, 2006 (Doc. 23), and Plaintiff's response filed December 7, 2006 (Doc. 25). The purpose of a bill of particulars is to adequately inform the defendant of the nature of the charges to prevent or minimize surprise. *United States v. Garrett*, 797 F.2d 656, 665 (8th Cir. 1986). We find in this case that the Indictment sufficiently apprises the Defendant of the charges to enable him to prepare a defense. Accordingly, Defendant's motion is **DENIED**.

IT IS SO ORDERED this 11th day of December, 2006.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge